Alexis **DEGELMANN and Joseph Lin,** on behalf of themselves and all those similarly situated, **Plaintiffs–Appellants,**

v.

**ADVANCED MEDICAL OPTICS INC., a Delaware corporation, Defendant–Appellee.**

No. 10–15222.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted April 11, 2011.

Filed Oct. 30, 2012.

Jahan C. Sagafi, San Francisco, CA, for the plaintiffs-appellants.

Ben D. Whitwell, San Francisco, CA, for the defendant-appellee.

Before: JOHN T. NOONAN and N. RANDY SMITH, Circuit Judges, and RANER C. COLLINS, District Judge.*

## ORDER

Pursuant to Fed. R.App. P. 42(b), this appeal is hereby DISMISSED. Each party shall pay its own costs and fees of this appeal. A certified copy of this order served on the district court shall constitute the mandate. The prior panel opinion is VACATED.